IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-276-BO
No. 5:16-CV-406-BO

| | |
|---|---|
| BRYANT WILLIAM REED, | ) |
| Petitioner, | ) |
| v. | ) ORDER |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

For good cause having been shown upon the unopposed motion of Respondent to lift the previously entered stay in this matter, it is hereby ORDERED that the stay entered on July 26, 2016, is hereby LIFTED.

This ___ day of April, 2018.

TERRENCE W. BOYLE
United States District Judge